**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CYNDI SCRUGGS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. **3:15-CV-24-L** |
| **CHICK-FIL-A, INC., HARRY G.** | § | |
| **DURBIN (and/or d/b/a and/or a/k/a** | § | |
| **CHICK-FIL-A at CUSTER and 121), and** | § | |
| **DELL'S MARASCHINO** | § | |
| **CHERRIES CO., INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Agreed Motion to Dismiss With Prejudice, filed June 7, 2016. The parties have reached a complete settlement with respect to all claims asserted in this case and no longer wish to pursue any such claims and causes of action. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims and causes of action asserted by each party in this case are **dismissed with prejudice**. The parties shall bear their own costs. All relief not expressly granted herein is denied.

**It is so ordered** this 8th day of June, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**